## STATE OF CONNECTICUT *v.* ERNEST WILLIAMSON
## (15877)

O'Connell, Hennessy and Mottolese, Js.

Argued March 21—officially released April 22, 1997

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* SCOTT ELLAM
## (15389)

Dupont, C. J., and Schaller and West, Js.

Argued March 21—officially released April 22, 1997

Per Curiam. The judgment is affirmed.

## BRIAN PEPIN *v.* JOHN T. CARVALHO ET AL.
## (16143)

Dupont, C. J., and Landau and Schaller, Js.

Submitted on briefs March 24—officially released April 22, 1997

Per Curiam. The decision of the workers' compensation review board is affirmed.